PER CURIAM.

(No. 73-CC-357

FOSTER G. McGAW HOSPITAL, Loyola University of Chicago, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 20, 1973.*

FOSTER G. MCGAW HOSPITAL, Loyola University of Chicago, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.